[No. 4669-5-II. Division Two. July 22, 1982.]

*In the Matter of the Marriage of* JOSEPH UGALDE, *Respondent, and* SILVIA UGALDE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 281786, Thomas R. Sauriol, J., entered March 4, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Swanson, JJ.

[No. 4949-0-II. Division Two. July 22, 1982.]

DONNIE HENSLEY, ET AL, *Appellants,* v. BOARD OF COMMISSIONERS OF COWLITZ COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 48057, William L. Dowell, J., entered July 18, 1980. *Remanded with instructions* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Worswick, J.

[No. 5010-2-II. Division Two. July 22, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY PATRICK RAMSEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 79-1-00389-0, Jay W. Hamilton, J., entered August 27, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Worswick, J.

[No. 4550-1-III. Division Three. July 22, 1982.]

HAROLD WILBUR NELSON, ET AL, *Appellants,* v. HERTA K. WROBEL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whitman County, No. 29315, Philip H. Faris, J., entered April 17, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.